| U.S. Department of Justice<br>United States Marshals Service | **PROCESS RECEIPT AND RETURN**<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. |
|---|---|

| PLAINTIFF<br>Stanley Chance | COURT CASE NUMBER<br>3:02CV733 (JCH) |
|---|---|
| DEFENDANT<br>Garant Par et al | TYPE OF PROCESS<br>CIVIL |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
McNobb Corporation

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2510 Wing Avenue, Bridgeport, CT 06530

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Stanley Chance
99 Jetland Street
Bridgeport, CT 06605

- Number of process to be served with this Form - 285: 1
- Number of parties to be served in this case: 9
- Check for service on U.S.A.: IFP

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Individual Capacity

Signature of Attorney or other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER: 203-685-6034
DATE: 6/27/03

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated. | Total Process: 1 | District of Origin No. 14 | District to Serve No. 14 | Signature of Authorized USMS Deputy or Clerk: James Mast | Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above):
Ralph Huff

Date of Service: 10-30-03  Time: 3:45 pm
Signature of U.S. Marshal or Deputy: Randall Sinule

Service Fee: $45.00 | Total Mileage Charges (including endeavors): $43.80

REMARKS:
-7/23/03 Company is located at 2510 Wing Ave Sedalia, Missouri. Needs to be forward.
10/15 Not Home from 125 miles

PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM-285 (Rev. 12/15/80)