UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE : | |
| Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-733 (JCH) |
| : | |
| GRANT PAC, ET AL : | FEBRUARY 11, 2004 |
| Defendants : | |

**ENDORSEMENT RULING [DKT. NO. 16]**

The plaintiff's Motion for Formal Service of Complaint, filed August 29, 2003 [Dkt. No. 16} is hereby **denied** without prejudice to renew upon providing different, better addresses for service. The United States Marshal Service is obligated to make a reasonable attempt to serve at the address(es) provided by plaintiff. It is plaintiff's obligation to provide an address where service can be made, which apparently has not occurred in this case.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 11th day of February, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge