UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE       : | |
|    Plaintiff            : | |
|                                                    : | CIVIL ACTION NO. |
| v.                   : | 3-02-cv-733 (JCH) |
|                                                  : | |
| GRANT PAC, ET AL     : | |
|    Defendants           : | JUNE 8, 2004 |

### ORDER TO SHOW CAUSE

The court notes that no service has been made in this case, and that the time to serve has expired. The plaintiff is hereby ordered to show cause IN WRITING by **JUNE 29, 2004**, why this case should not be dismissed for failure to serve the defendants and to prosecute this action diligently.

Failure to respond or to show good cause will result in the dismissal of this action.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 8th day of June, 2004.

                                            /s/ Janet C. Hall
                                            Janet C. Hall
                                            United States District Judge