UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE : | |
|     Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-733 (JCH) |
| : | |
| GRANT PAC, ET AL : | JULY 30, 2004 |
|     Defendants : | |

### ORDER

The court having issued an Order on June 8, 2004, directing the plaintiff to show cause why the case should not be dismissed for failure to serve defendants and to prosecute the action diligently, and it appearing the plaintiff has not responded to that Order, the case is dismissed as to defendants McNugg Corporation, Grace Huss, Ralph Huss and Maxine McNeall, four defendants as to whom/which there is no evidence of service of process, despite the fact that the case was filed on April 25, 2002.

In the event that there is no further action by the plaintiff to prosecute this case as to the remaining defendants by **AUGUST 11, 2004**, the court will dismiss the case as to the remaining defendants for failure to prosecute pursuant to Local Rule 16(a).

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 30th day of July, 2004.

/s/ Janet C. Hall
Janet C. Hall
United States District Judge