UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED

STANLEY CHANCE : 3:02CV733 (JCH)   2004 AUG 25  A 11: 53

VS. :

U.S. DISTRICT COURT
BRIDGEPORT, CONN.

GRANT PAC, ET AL : AUGUST 25, 2004

## MOTION FOR DEFAULT JUDGEMENT

The plaintiff, Stanley Chance in the above captioned case respectfully moves this Court for default judgment for failure to plead against defendants Grant –Pac, Inc, Russell and Julie Childers and Mail-Boxes, ect.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
99 Jetland Street
Bridgeport, CT. 06605

## CERTIFICATION

I hereby certify that a copy of the foregiong was mailed on August 25, 2004 to:

Grant – Pac, Inc.
Mail Boxes
Julie and Russell Chillder's
2304 West Broadway Blvd.
Sedalia, MO. 65301

Stanley Chance

1