UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

**FILED**
2005 JAN 10 P 5: 04
U.S. DISTRICT COURT
BRIDGEPORT, CONN

STANLEY CHANCE

v.

GRANT PAC, INC., McNUGG CORPORATION,
GRACE HUSS, RALPH HUSS, LEO McNEALL,
MAIL BOXES, ETC., RUSSELL CHILDERS,
JULIE CHILDERS and MAXINE McNEALL

### JUDGMENT

This action came on before the Honorable Janet C. Hall, United States District Judge. On August 2, 2004, the complaint was dismissed as to defendants McNugg Corp., Grace Huss, Ralph Huss and Maxine McNeall. On November 22, 2004, a default under Rule 55(a) was entered as to defendants Grant-Pac, Inc., Russell Childers, Julie Childers and Mail Boxes, Etc. The Plaintiff was ordered to file a motion for default judgment by December 22, 2004, and no motion having been filed and no request for continuance having been made, the complaint was ordered dismissed as to those defendants. The court dismisses the action as to defendant Leo McNeall for failure to prosecute the case pursuant to Local Rule 41(a).

Therefore, it is ORDERED that judgment is entered in favor of the defendants and the complaint is dismissed.

Dated at Bridgeport, Connecticut, this 10th day of January, 2005.

KEVIN F. ROWE, Clerk

By _Catherine Boroshy_
Deputy Clerk

Entered on Docket _____