UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

2005 JUL 13  P 12: 34

U.S. DISTRICT COURT
BRIDGEPORT, CT

| STANLEY CHANCE | : 3:02CV733 (JCH) |
|---|---|
| VS. | : |
| GRANT-PAC,ECT, ET AL. | : JULY 13, 2004 |

## MOTION TO REOPEN CASE

The plaintiff, Stanley Chance in the above captioned case respectfully moves this Court to reopen the case.

The reason for this motion is that the plaintiff has not resided at his previous address since last year and apparently when the post office never processed the address change and the mail is still going to his old address which the plaintiff found out today and that is why the plaintiff never received the courts last order and the case was dismissed.

The plaintiff apologizes to the court for any inconvenience that he has caused and begs the courts indulgence.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
30 Coleman Street
Apartment A-14
Bridgeport, CT. 06604
(203) 895-3277

1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on July 13, 2005 to:

Grant Pac, Inc.
Mail Boxes, etc
Julie and Russell Childers
2304 West Broadway Blvd.
Seldalia, Mo. 65301

_____
Stanley Chance, PRO SE: