UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

STANLEY CHANCE            : 3:02CV733 (JCH)          2005 JUL 13 P 12: 34

VS.                       :                          U.S. DISTRICT COURT
                                                     BRIDGEPORT CT
GRANT – PAC, ECT , ET AL  : JULY 13, 2004

## MOTION FOR DEFAULT JUDGEMENT

The plaintiff, Stanley Chance in the above captioned case moves this court for

An order of default against defendants Grant-Pac, Mail Boxes Ect, Julie and Russell

Childers for failure to plead.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

_____
Stanley Chance, PRO SE:
30 Coleman Street
Apartment A-14
Bridgeport, CT. 06604
(203) 895-3

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on July 13, 2005 to:

Grant-Pac, Inc
Mail Boxes Ect
Julie and Russell Childers
2304 West Broadway Blvd
Seldalia, Mo. 65301

_____
Stanley Chance, PRO SE:

1