UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE : | |
|     Plaintiff : | |
| : | |
| v. : | CIVIL ACTION NO. |
| : | 3-02-cv-733 (JCH) |
| GRANT PAC, ET AL : | |
|     Defendants : | SEPTEMBER 20, 2005 |

**RULING**

On July 13, 2005, the plaintiff moved to reopen this closed case. (Dkt. No. 34). The court issued an Order to Show Cause on June 9, 2004, directing the plaintiff to show cause why the case should not be dismissed for his failure to serve defendants and to prosecute this action. Subsequent to that, on August 2, 2004, the court dismissed the case as to the four defendants who had not been served, and noticed the plaintiff that if he did not explain his failure to prosecute the case by August 11, 2004, it would be dismissed. There was no action by the plaintiff by August 11, 2004. Therefore, on January 10, 2005, the court dismissed the case and entered judgment in favor of the defendants against the plaintiff.

The plaintiff asserts that he did not respond to the court's orders because he had changed his address and did not receive any of the mail that was sent by the court. Local rules of this court required any litigant, even a pro se litigant, to advise the court of any change of address so just such a situation can be avoided. The court ordered that the plaintiff should file a change of address request, and it was so ordered on July 20, 2005 (Dkt. No. 36). To date, the plaintiff has not filed a change of address as required by the Local Rules and as ordered by this court.

In light of the plaintiff's failure to comply with the latest order of the court, and to have complied with the earlier orders, as described above, because of his failure to provide a change of address to the court, and his general failure to prosecute, the court denies the motion to reopen.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 20th day of September, 2005

/s/ Janet C. Hall
Janet C. Hall
United States District Judge