UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE           : CIVIL ACTION NO:
                         : 3: 02CV733 (JCH)

VS.                      :

GRANT PAC, ET AL         : SEPTEMBER 26, 2005

### PLAINTIFFS' MOTION FOR RECONSIDERATION

The plaintiff, _Stanley Chance_ in the above case moves this Court to

reconsider it's ruling dated September 20, 2005 denying his motion to

reopen this case for the following reason.

When the plaintiff left his previous address, which was 50 Nichols

Street, Fairfield, the plaintiff mailed his change of address to the Court, who

was never received by the Court as the plaintiff represented in his motion to

reopen on September 3, 2004. And he filed with the Post Office an address

change request form which was never processed do to an on going policy

that the Postal Service does not process bulk mailing from Shelters, which

the plaintiff was in.

Previously, the plaintiff address was 99 Jetland Street, Bridgeport that

the plaintiff notified the Court by delivering the notice of address chance in

person.

When the plaintiff, received the Courts order on or about July 22,

2005, dated July 20, 2005 directing him to file his change of address, the

1

plaintiff did file with the Court a "Notice of address Change" on July 25, 2005 by hand as ordered.

The plaintiff also called the U.S. Attorneys Office for the Postal Service and rectified the issue through them because if the Court remembers this was the same issue at tort in *Chance-v-U.S. Postal Service, 3:02CV735 (JCH)* and fortunately they did rectify this issue.

Also, when the plaintiff and any other litigant submits an address change in a case, it is forwarded to the Hartford branch of the U.S. District Court and they enter it on the computer and throw it away, according to the Clerks' office in both Bridgeport and Hartford, they do not keep the actual pleading on file.

In addition, the plaintiff wants to bring to the Courts attention that in his 10 years and over 50 actions in this Court, he has never failed to file an address change and has never ignored or disobeyed an order from the Court.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
30 Coleman Street
Apartment A-14
Bridgeport, CT. 06604
(203) 895-3277

2

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on September 26, 2005 to:

Grant Pac, Inc.
Mail Boxes, etc.
Julie and Russell Childers
2304 West Broadway Blvd
Seldealia, MO. 65301

_____
Stanley Chance, PRO SE:

3