UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

STANLEY CHANCE : 3:02CV00733 (JCH)

VS. :

GRANT PAC, ET AL. : OCTOBER 12, 2005

## PLAINTIFFS' NOTICE OF APPEAL

The plaintiff, Stanley Chance in the above captioned case hereby gives notice that he will appeal the decision of the Honorable Janet C. Hall denying his Motion for Reconsideration on or about October 4, 2005.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
30 Coleman Street
Apartment A-14
Bridgeport, CT. 06604

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on October 12, 2005 to:

Grant Pac, Inc.
Mail Boxes, etc.
Julie & Russell Childers
2304 West Broadway Blvd.
Seldelia, MO. 65301

Stanley Chance, PRO SE: