UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

STANLEY CHANCE      : 3:02CV00733 (JCH)

2005 OCT 14  A 9: 46

VS.                      :

U.S. DISTRICT COURT
BRIDGEPORT, CONN

GRANT PAC, ET AL      : OCTOBER 13, 2005

## PLAINTIFFS' MOTION FOR WAIVER OF FEES AND COST TO FILE APPEAL

The plaintiff, *Stanley Chance* in the above captioned case respectfully moves this Court to allow him to appeal this case without fees and cost.

The plaintiff in this action is in *forma pauperize* and is presently receiving social security benefits in the amount of $567 a month which goes to rent and living expenses and cannot afford the $225 fee to appeal and he feels that he has issues to appeal on.

The plaintiff prays that the Court grant this motion.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
30 Coleman Street
Apartment A-14
Bridgeport, CT. 06604
(203) 895-3277

1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on October

13,2005 to:

Grant Pac, Inc
Mail Boxes, etc.
Julie & Russell Childers
2304 West Broadway Blvd
Seldelia, MO. 65301

Stanley Chance, PRO SE:

2