UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE : | |
|    Plaintiff : | |
| : | CIVIL ACTION NO. |
| v. : | 3-02-cv-00733(JCH) |
| : | |
| GRANT PAC, ET AL : | APRIL 25, 2007 |
|    Defendants : | |

**ORDER**

Plaintiff is ordered to file, by May 17, 2007, a Motion for Default as to any non-appearing defendant who has been served.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 25th day of April, 2007.


    /s/ Janet C. Hall
    Janet C. Hall
    United States District Judge