UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



STANLEY CHANCE : 3:02CV733(JCH)        2007 MAY -8 P 2: 46

VS. :                                  DISTRICT COURT

GRANT-PAC :
JULIE CHILDER :
RUSSELL CHILDERS :
LEO McNEIL :
MAXINE McNEIL :
MAIL BOXES ECT. : May 8, 2007

## PLAINTIFFS MOTION FOR DEFAULT JUDGEMNT

The plaintiff, Stanley chance in the above captioned case move for default

judgment against Russell Childers, Julie Childers, Leo McNeill, Maxine McNeill, Grant-

Pac, Mail Boxes ect. For failure to plead/ defend.

Although the defendants have appeared and retuned summons, they have not

answer the complaint.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
408 Charles Street
Apartment -#12
Bridgeport, CT. 06606
(203) 612-0639
Stanleychance@yahoo.com

1

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed on May 8, 2007 to:

Grant Pac
Russell Childers
Julie Childers
Leo McNeil
Maxine McNeil
1500 Thompson Boulevard
Sedalia, MO. 65301

Tracy Lange-Diekman
Owner-Mail Boxes Ect.
2304 West Broadway Boulevard
Sedalia, MO.  65301

Stanley Chance, PRO SE: