UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| STANLEY CHANCE | 3:02CV733 (JCH) |
| V | |
| GRANT HAG, ET AL | SEPTEMBER 18, 2007 |

## MOTION FOR DEFAULT JUDGMENT

The plaintiff, Stanley Chance hereby request that Default judgment be taken against Russell and Julie Childers

THE Plaintiff

Stanley Chance, Pro Se
408 Charles Street
Apt #12
Bridgeport, CT. 06606

### CERTIFICATION

I hereby certify that a copy of the foregoing was mailed on September 18, 2007 to:
Russell & Julie Childers
2510 Wing Avenue
Sedalia, MO.