UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

STANLEY CHANCE

     v.                                          3:02CV733 ( JCH)

GRANT PAC, LEO McNEALL,
MAIL BOXES, ETC., RUSSELL
CHILDERS, JULIE CHILDERS,
MAXINE McNEALL

## DEFAULT JUDGMENT

     This action came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of a Mandate from the United States Court of Appeals dated May 3, 2007, remanding the case and vacating the district court orders denying plaintiff's motion to reopen case and motion for reconsideration.

     The case was reopened and on September 25, 2007, after a hearing, the court reconsidered and granted the motion for default judgment and awarded plaintiff $370.00 in damages, plus an additional $370.00 for unfair trade practices claim, for a total amount of $740.00 in damages against defendant Grant Pac.  The claims against all other defendants were withdrawn.

     Therefore, it is ORDERED and ADJUDGED that default judgment is entered in favor of the plaintiff in the amount of $740.00 against defendant Grant Pac and the case is closed.

     Dated at Bridgeport, Connecticut, this 26th day of September, 2007.

                                                        KEVIN F. ROWE, Clerk

                                              By   /S/ Vivian Klein
                                                    Deputy Clerk

Entered on Docket _____