Michael P. Riley
Eugene G. Bushmann
James W. Gallaher
Lori J. Levine
Rudolph L. Veit
Mark A. Ludwig*
Dana L. Frese
Edward C. Clausen
Carla G. Holste
Douglas W. Hennon
Charles J. McPheeters
Paul Graham
Charles A. "Chip" Gentry
Jason L. Call*

Nicole L. Sublett
Anne E. Kern
John L. Wood
Jason H. Ludwig

Michael Madsen
Of Counsel

Forrest P. Carson
(1910-1981)
Cullen Coil
(1907-1989)

*Also licensed in Illinois

# Carson & Coil, P.C.
## LAW OFFICES

P.O. Box 28
515 East High Street
Jefferson City, Missouri 65102
(573) 636-2177
(573) 636-7119 (fax)
www.carsoncoil.com

October 5, 2007

*Received at Hartford, CT*
*Date: 10/9/07*

Stanley Chance
408 Charles Street, Apt. #12
Bridgeport, CT 06606

RE:   Chance v. Grant Pac, et al.
      United States District Court, District of Connecticut
      Case No. 3:02CV0733 (JCH)

Dear Mr. Chance:

I am not certain why you sent me a copy of the Motion for Reconsideration that you filed in the above-referenced matter. I am not licensed to practice law in the United States District Court for the District of Connecticut. I do not represent the defendants in the case you have filed, nor have I ever done so. My representation of those defendants was limited to the matter that was pending in the United States District Court for the Western District of Missouri. Please do not copy me on any additional correspondence or pleadings that you file with the court, as I think I have made it very clear that I do not represent the defendants in that matter, nor do I represent them in any pending matters at this time.

Thank you for your courtesy and attention to this matter.

Very truly yours,

Jason L. Call
JLC:dt
cc:    Clerk, United States District Court, District of Connecticut