UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2007 OCT 19  P 1: 53

STANLEY  CHANCE          : 3:02CV733 (JCH)

VS.                                    :

GRANT PAC , ET AL.          : October 19, 2007

## PLAINTIFFS' NOTICE OF APPEAL

The plaintiff, Stanley Chance hereby gives notice that he

intends to appeal the decision of the honorable Janet C. Hall dated

October 11, 2007 denying his motion for reconsideration

RESPECFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance
408 Charles Street
Apartment #12
Bridgeport, CT. 06606
(203) 612- 0639
Stanleychance@yahoo.com

# **CERTIFICATION**

I herby certify that a copy of the forgoing was mailed on October 19, 2007, to:

Christine D. Brown,Esq
Asst. City Attorney
City Hall Annex
999 Broad Street
Bridgeport, CT. 06604

Stanley Chance, PRO SE: