UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 OCT 19 P 1: 53
DISTRICT COURT

| | |
|---|---|
| STANLEY CHANCE | : 3:02CV733 (JCH) |
| VS. | : |
| GRANT PAC, ET AL. | : October 19, 2007 |

### PLAINTIFFS' REQUEST OF WAIVER OF FEES TO APPEAL

The plaintiff, Stanley Chance hereby permission for waiver of fees to appeal in the above captioned case

        RESPECFULLY SUBMITTED
        THE PLAINTIFF

        _____
        Stanley Chance
        408 Charles Street
        Apartment #12
        Bridgeport, CT. 06606
        (203) 612-0639
        Stanleychance@yahoo.com

1

## **CERTIFICATION**

I herby certify that a copy of the forgoing was mailed on October 19, 2007, to:

GRANT PAC, INC
2304 West Broadway Blvd
Sedelia, Mo.

Stanley Chance, PRO SE: