**Date:** 10/24/07

Docket Number: 07-4624-cv

Short Title:    Chance v. Grant Pac

DC Docket Number: 02-cv-733

DC:    CONNECTICUT (NEW HAVEN)

DC Judge: Honorable Janet Hall

FILED 2007 NOV -5 P 12:40 U.S. DISTRICT COURT

## ORDER

Leave to proceed on appeal In Forma Pauperis is (Granted) ~~Denied~~.

Date:  Nov. 2, 2007

_____
United States District Judge