MANDATE

# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CURCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of April, two thousand and eight,

Stanley  Chance,

    Plaintiff-Appellant,



       v.

Grant  Pac,  Leo  McNeall,  Mail  Boxes,  Etc,,  Russell  Childers,  Julie  Childers,  Maxine McNeall,

    Defendants-Appellees.

**ORDER**
Docket Number:  07-4624-cv

An appeal having been filed in this Court on 10/23/07; and

The Court, *sua sponte*, having issued an order to show cause why the appeal should not be dismissed due to appellant's failure to file the brief by the date specified in the scheduling order; and,

Appellant not having responded to the Court as directed;

IT IS ORDERED, that the appeal is dismissed.

For the Court:
Catherine O`Hagan Wolfe, Clerk

By: _____
Janine  Moreno, Deputy Clerk

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by

CERTIFIED  05/19/08