UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

**FILED**

STANLEY CHANCE : 3:02CV773(JCH)

2008 AUG 19  A II:

VS. :

U.S. DISTRICT COURT
BRIDGEPORT, CONN

GRANT PAC : AUGUST 19, 2008

## MOTION TO ISSUE SUBPOENA

The plaintiff, Stanley Chance in the above captioned case respectfully moves this Court to issue a Subpoena with regard to where Sunday and Steven Levine of 511 W. Colt Street, Apartment C, Windsor, Missouri, do there banking, so that the plaintiff can serve on there financial institution a "writ of execution" to satisfy the default Judgment entered in this Court on September 26, 2007.

The plaintiff had tracked down the defendant and former owners of Grant-Pac by using information for the case of "*F.T.C. –V- Grant Search, et al, Civil NO: 02-4147-CV-C NKL*", where Grant Pac was a named defendant.

Instead of Sending a copy of this motion to the home of the defendants and possibly scarring the hell out of the, the plaintiff is faxing of copy to there Attorney of record form the case of "*F.T.C.-V- Grant Search*", Jason L. Call, Carson & Coil, P. C, 515 E .High Street, Jefferson, City, MO. 65102, Telephone NO: (573)636-2177-Fax NO: (573)636-7119.

RESPECTFULLY SUBMITTED
THE PLAINTIFF

Stanley Chance, PRO SE:
3788 Main Street
Bridgeport, CT. 06606
(203) 612-0639
Stanleychance@yahoo.com

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was faxed on August 19, 2008 to:

Jason L. Call, Esq.
Carson & Coil, P.C.
515 E. High Street
Jefferson City, MO. 65102
Fax NO: (573) 636-7119

Stanley Chance,  PRO SE:

DISTRICT OF CONNECTICUT

STANLEY CHANCE

v.                                            3:02CV733 ( JCH)

GRANT PAC, LEO McNEALL,
MAIL BOXES, ETC., RUSSELL
CHILDERS, JULIE CHILDERS,
MAXINE McNEALL

## DEFAULT JUDGMENT

This action came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of a Mandate from the United States Court of Appeals dated May 3, 2007, remanding the case and vacating the district court orders denying plaintiff's motion to reopen case and motion for reconsideration.

The case was reopened and on September 25, 2007, after a hearing, the court reconsidered and granted the motion for default judgment and awarded plaintiff $370.00 in damages, plus an additional $370.00 for unfair trade practices claim, for a total amount of $740.00 in damages against defendant Grant Pac.  The claims against all other defendants were withdrawn.

Therefore, it is ORDERED and ADJUDGED that default judgment is entered in favor of the plaintiff in the amount of $740.00 against defendant Grant Pac and the case is closed.

Dated at Bridgeport, Connecticut, this 26th day of September, 2007.

KEVIN F. ROWE, Clerk

By   /S/ Vivian Klein
Deputy Clerk

Entered on Docket _____